UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Dennette Piontek, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Creditors Specialty Service, Inc. d/b/a CSS,<br><br>Defendant. | Case No. 1:09-cv-02064-OWW-GSA<br><br>**ORDER** |

Pursuant to the Court's Memorandum Decision Regarding Plaintiffs' Motion for Finding of Liability, It is hereby ORDERED, ADJUDGED, and DECREED that:

1. Plaintiffs' Motion for Finding of Liability is DENIED;

2. Defendant's Motion to Vacate Admission is GRANTED;

3. Defendant shall compensate Plaintiff's for the reasonable expenses necessarily incurred in connection with Plaintiffs' Motion for Finding of Liability; and

4. Defendant shall provide responses to all outstanding discovery requests.

**IT IS SO ORDERED.**

Dated: October 12, 2010                    /s/ OLIVER W. WANGER
                                           **UNITED STATES DISTRICT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com