Richard J. Meier, *pro hac vice*
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rjm@legalhelpers.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Dennette Piontek, et al.<br><br>     Plaintiffs,<br><br>v.<br><br>Creditors Specialty Service, Inc. d/b/a CSS,<br><br>     Defendant. | Case No. 1:09-cv-02064-OWW-GSA<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND THE DISCOVERY DEADLINE AND CORRESPONDING DATES**<br><br>Date: December 6, 2010<br>Time: 10:00 am<br><br>Courtroom: # 3 (7th Floor)<br><br>**Telephonic appearance requested** |

   Now come the Plaintiffs, by and through counsel, and respectfully move the Court to extend the discovery deadlines and revise the remaining dates accordingly.

   In support of this Motion, Plaintiffs represent that, in the interests of time and costs, they refrained from conducting further discovery while Plaintiffs' Motion for Finding of Liability (Docket # 13), which was filed on June 25, 2010, was pending before this Court. That Motion was eventually heard on September 14, 2010 and, on October 14, 2010, this Court issued on Order denying Plaintiffs' Motion; however, the deadline for discovery in this case passed on October 6, 2010. To date, Plaintiffs requested deposition dates from Defendant but Defendant has yet to respond; if Defendant does no so by October 31, 2010, Plaintiffs intend to arbitrarily notice depositions in December 2010.

Given the foregoing, Plaintiffs respectfully request that the discovery deadline be extend to January 15, 2011 and the remaining dates adjusted accordingly.  The extension is necessary because the parties responsibly chose not to expend additional resources while Plaintiffs' Motion was pending that, if granted, would have made further discovery unnecessary.

Respectfully submitted,

/s/ *Richard J. Meier*
Richard J. Meier, *pro hac vice*
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel:  1.866.339.1156
Fax: 1.312.822.1064
rjm@legalhelpers.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Dennette Piontek, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Creditors Specialty Service, Inc. d/b/a CSS,<br><br>    Defendant. | Case No. 1:09-cv-02064-OWW-GSA<br><br>**ORDER GRANTING THE PLAINTIFFS' MOTION TO EXTEND THE DISCOVERY DEADLINE AND CORRESPONDING DATES** |

For good cause shown, the Court hereby GRANTS the Plaintiffs' Motion to Extend the Discovery Deadline and Corresponding Dates.

It is hereby ORDERED, ADJUDGED, and DECREED that the remaining dates in the above-captioned matter are amended as follows:

Discovery Deadline:     January 15, 2011

Non-Dispositive Motions:  February 15, 2011
                          Hearing: March 18, 2011, 9:30 AM, before Judge Austin

Dispositive Motions:    March 4, 2011
                        Hearing: April 4, 2011, 10:00 AM, before Judge Wanger

 Pretrial Conference:    May 2, 2011, 11:00 AM, before Judge Wanger

 Jury Trial:             June 7, 2011, 9:00 AM, before Judge Wanger

**IT IS SO ORDERED.**

**Dated:  November 2, 2010**                    /s/ Oliver W. Wanger
                                                **UNITED STATES DISTRICT JUDGE**

1