# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Dennette Piontek, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Creditors Specialty Services, Inc., <br><br> Defendant. | Case No.1:09-cv-02064-OWW-GSA <br><br> **ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND THE DISPOSITIVE MOTION DEADLINE** |

For good cause shown, the Court hereby GRANTS the Plaintiffs' Ex Parte Application to Extend the Dispositive Motion Deadline.

It is hereby ORDERED, ADJUDGED, and DECREED that the dispositive motion deadline is extended to 14-days after Plaintiffs receive Defendant's responses to Plaintiffs' second set of discovery requests.

IT IS SO ORDERED.

Dated: February 25, 2011.

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE