# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNETTE PIONTEK,<br>WALTER LOVEJOY,<br><br>          Plaintiffs,<br><br>  v.<br><br><br>CREDITORS SPECIALTY SERVICE,<br>INC. et al.,<br><br>          Defendants. | 1:09-cv-2064 OWW-GSA<br><br><br>ORDER RE: MOTION TO COMPEL<br><br>(Document 29) |

On February 15, 2011, Plaintiffs Dennette Piontek and Walter Lovejoy ("Plaintiffs") filed a Motion to Compel. (Doc. 29). On April 6, 2011, the parties entered into a stipulation regarding the discovery disputes. (Doc. 37). Accordingly, the motion to compel is DENIED as moot and the hearing set for April 8, 2011 at 9:30 am is VACATED. Pursuant to the stipulation, it is hereby ordered as follows :

    1. Defendant Creditors specialty service shall serve verified responses, without objections, to all outstanding discovery requests (Second Set of Requests for Production, Second Set of Requests for Admissions, and Second Set of Interrogatories), on or before April 18, 2011.

    IT IS SO ORDERED.

    Dated:   April 6, 2011           /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE