1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DENNETTE PIONTEK,
WALTER LOVEJOY,

               Plaintiffs,

    v.

CREDITORS SPECIALTY SERVICE,
INC. et al.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:09-cv-2064 OWW-GSA

ORDER RE: MOTION TO WITHDRAW AS
ATTORNEY

(Document 28)

_____On February 1, 2011, Attorney Richard J. Meier filed an Ex Parte Application for Leave to Withdraw as Plaintiff's Attorney because he is no longer employed by the firm Legal Helpers, P.C.  (Doc. 28).  Upon a review of the request, the application is GRANTED.

    IT IS SO ORDERED.

    **Dated:**   **April 6, 2011**               **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE