# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Dennette Piontek, et al., | Case No.1:09-cv-02064-OWW-GSA |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES** |
| Creditors Specialty Services, Inc., | |
| Defendant. | |

For good cause shown, the Court hereby GRANTS the Joint Stipulation to Continue Pretrial Conference and Trial Dates.

It is hereby ORDERED, ADJUDGED, and DECREED that the Pretrial Conference previously set for May 2, 2011 is continued to August 1, 2011 at 11:00AM, and the Trial date previously set for June 7, 2011 is continued to September 7, 2011 at 9:00AM.

IT IS SO ORDERED.

Dated:   **April 20, 2011**              **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE