**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| Dennette Piontek, et al., | Case No.1:09-cv-02064-OWW-GSA |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Creditors Specialty Services, Inc., | |
| Defendant. | |

For good cause shown, the Court hereby GRANTS the parties' Stipulation of Dismissal

With Prejudice.

It is hereby ORDERED, ADJUDGED, and DECREED that the above titled action is

DISMISSED WITHOUT PREJUDICE each party to bear its own costs.


**IT IS SO ORDERED.**


_July 6, 2011_____                    _/s/ OLIVER W. WANGER_____
    **Date**                                                    **U.S. District Judge**